# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN W. BOYD, JR. and NATIONAL )
BLACK FARMERS ASSOCIATION, INC., )
                       )
       Plaintiffs,        )
                       )
         v.            )      Civil Case No. 12-01893 (RJL)
                       )
JAMES SCOTT FARRIN and ANDREW H. )
MARKS,                  )
                       )
       Defendants.      )

## ORDER
August 2, 2013 [## 10, 13]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant James Scott Farrin's Motion to Dismiss [Dkt. # 10] is

**GRANTED**; it is further

**ORDERED** that Defendant Andrew H. Marks' Motion to Dismiss [Dkt. # 13] is

**GRANTED**; and it is further

**ORDERED** that plaintiffs' complaint is dismissed.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

16